**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

|  |  |  |
|---|---|---|
| **LINDA LEE STONEBREAKER** | : | **CIVIL ACTION** |
|  | : |  |
| **Plaintiff,** | : | **NO. 20-cv-1335** |
|  | : |  |
| **v.** | : | **SECTION "T"(3)** |
|  | : |  |
| **THE ROMAN CATHOLIC CHUTCH** | : |  |
| **FOR THE ARCHDIOCESE OF** | : |  |
| **NEW ORLEANS, et al** | : |  |
|  | : |  |
| **Defendants.** | : |  |

_____ :

## STATEMENT REGARDING NOTICE OF REMOVAL

Plaintiff Linda Lee Stonebreaker ("Plaintiff") files this Statement Regarding the Notice of Removal filed by The Roman Catholic Church of the Archdiocese of New Orleans ("Defendant") pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3) and states as follows:

1. On May 1, 2020, Defendant filed a Notice of Removal, which removed a lawsuit pending before the commencement of The Roman Catholic Church of the Archdiocese of New Orleans's bankruptcy.  The removed lawsuit was previously pending in New Orleans Parish Civil District Court, under Case No. 19-8551.

2.  As required by Federal Rule of Bankruptcy Procedure 9027(e)(3), Plaintiff states as follows: Subject to and in conjunction with the reservations under Paragraph 3 below, Plaintiff at this time does not consent to entry of final orders or judgments by the Bankruptcy Court. Plaintiff reserves the right to change or amend this statement at a later time.

3.  Plaintiff reserves all rights to assert that this matter should be remanded to state court, as will be submitted in a forthcoming motion to remand.  Plaintiff reserves all rights under

mandatory abstention, permissive abstention, equitable remand, and any legal position and/or ground for remand.  Plaintiff further denies that the removed claims constitute core proceedings under 28 U.S.C. § 157.

/s Soren Gisleson
SOREN E. GISLESON La Bar No. 26302
HERMAN, HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Email: sgisleson@hhklawfirm.com

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA  70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 15th day of May, 2020.

S/Soren E. Gisleson